UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ARIEL NICOLAS OROZCO TORRES,

Petitioner,

v.

CHRISTOPHER LaROSE,

Respondent.

Case No.: 26-cv-5063-RSH-AHG

**ORDER GRANTING PETITION FOR HABEAS CORPUS**

On September 8, 2026, petitioner Ariel Nicolas Orozco Torres filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner was previously released from custody on parole pursuant to 8 U.S.C. § 1182(d)(5). *See* ECF No. 1, at 2. In its return, the Government concedes that Petitioner was paroled into the country and states that it has "insufficient information regarding termination of [Petitioner's] parole . . . to provide to the Court." ECF No. 4, at 2. The Government further "acknowledges that this [c]ourt's prior decisions will control the result here if the Court adheres to its prior decisions," citing to more than a dozen cases of this court granting petitions for writ of habeas corpus on similar facts. *Id.* at 2–3. The Government states that it "does not oppose the petition and defers to the Court on the appropriate relief." *Id.* at 3.

//

The Petition is therefore **GRANTED**. The Court **ORDERS** that the Government release petitioner Ariel Nicolas Orozco Torres from immigration custody within **one business day** of the date of this order, subject to the terms of his previously issued parole. This order does not prevent the Government from imposing or modifying conditions of release as may be appropriate.

**IT IS SO ORDERED.**

Dated: September 14, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge